| | | | |
|---|---|---|---|
| Com. v. Hill | 04/12/2016 | Denied | Pa.Super., |
| | 550 EAL (2015) | | 131 A.3d 105 |
| Com. v. Hill [17] | 04/12/2016 | Denied | Pa.Super., |
| | 802 MAL (2015) | | 125 A.3d 445 |
| Com. v. Holmes [18] | 03/29/2016 | Denied | Pa.Super., |
| | 804 MAL (2015) | | 120 A.3d 1050 |
| Com. v. Ivory [19] | 03/29/2016 | Denied | Pa.Super., |
| | 502 WAL (2015) | | 122 A.3d 443 |
| Com. v. Kimmel [20] | 04/06/2016 | Denied | Pa.Super., |
| | 889 MAL (2015) | | 125 A.3d 1272 |
| Com. v. Linderman | 04/13/2016 | Denied | Pa.Super., |
| | 452 WAL (2015) | | 134 A.3d 478 |
| Com. v. Mabine | 04/18/2016 | Denied | Pa.Super., |
| | 11 EAL (2016) | | 135 A.3d 667 |
| Com. v. Martin [21] | 04/05/2016 | Denied | Pa.Super., |
| | 439 WAL (2015) | | 134 A.3d 107 |
| Com. v. Mason [22] | 03/29/2016 | Denied | Pa.Super., |
| | 1 EAL (2016) | | 134 A.3d 94 |
| Com. v. Mbewe | 04/12/2016 | Denied | |
| | 20 WAL (2016) | | |
| Com. v. McClelland [23] | 04/12/2016 | Denied | Pa.Super., |
| | 460 WAL (2015) | | 134 A.3d 105 |

17. Justice DONOHUE did not participate in the consideration or decision of this matter.

18. Justice WECHT did not participate in the consideration or decision of this matter.

19. Justice WECHT did not participate in the consideration or decision of this matter.

20. Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

21. Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

22. Justice WECHT did not participate in the consideration or decision of this matter.

23. Justice WECHT did not participate in the consideration or decision of this matter.; Justice DONOHUE notes her dissent.